PD-0097-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/23/2015 11:00:32 AM
Accepted 1/29/2015 10:46:03 AM
ABEL ACOSTA
CLERK

No._____

### IN THE COURT OF CRIMINAL APPEALS
### OF TEXAS

| | | |
|---|---|---|
| NICHOLAS STEPHEN LLOYD, | § | |
| APPELLANT | § | |
| | § | |
| V. | § | |
| | § | |
| THE STATE OF TEXAS, | § | |
| APPELLEE | § | |

FILED IN
COURT OF CRIMINAL APPEALS

January 29, 2015

ABEL ACOSTA, CLERK

## MOTION FOR EXTENSION OF TIME TO PETITION FOR DISCRETIONARY REVIEW

COMES NOW, The State of Texas, by and through the Criminal District Attorney of Collin County, Greg Willis, and tenders, pursuant to Texas Rule of Appellate Procedure 68.2(c), this motion for an extension of time to file petition for discretionary review. In support of this motion, the State would show the following:

### I.

The Court below is the Fifth District Court of Appeals. The style and number of the case below is *Nicholas Stephen Lloyd v. State*, No. 05-13-01004-CR. The trial court is the 401st Judicial District Court of Collin County

### II.

Appellant was convicted of felony driving while intoxicated and sentenced to eight years' confinement in the Texas Department of Criminal Justice. CR 78. The trial court entered an affirmative finding of a deadly weapon.CR 78.

III.

On December 22, 2014, the Fifth District Court of Appeals reversed the conviction and remanded the case for a new trial in a published opinion. The court of appeals held that the warrantless blood draw pursuant to Section 724.012 of the Transportation Code violated the Fourth Amendment pursuant to this Court's opinion in *State v. Villareal*, No. PD-0306 (Tex. Crim. App. Nov. 26, 2014). *Lloyd v. State*, No. 05-13-01004-CR at *7 (Tex. App.—Dallas Dec. 22, 2014, no pet. h.). The court of appeals also rejected the State's exigent circumstances argument. *Id.* No motion for rehearing was filed. Appellant has had bail set by the court of appeals pursuant to article 44.04(h) of the Code of Criminal Procedure.

IV.

This Court's decision in *Villareal* is not yet final. According to this Court's records, a motion for rehearing is pending. Moreover, this Court's records reflect that other cases involving the application of *Missouri v. McNeeley*, 133 S.Ct. 1552 (2013), in Texas are currently pending on discretionary review in this Court.

V.

The State has good cause to seek this extension. Undersigned counsel has substantial management duties related to the Appellate Division of the Collin County District Attorney's Office, including assigning, editing, and reviewing criminal appeals and post-conviction writs of habeas corpus as well as providing trial support for the prosecutors litigating criminal cases in seven district courts and six county courts at law. Counsel is also a special prosecutor in a death

penalty case currently pending on motion for new trial in Kaufman County, *State of Texas v. Eric Lyle Williams*, No. 32021-422.

VI.

The petition for discretionary review was due to be filed January 21, 2015. Tex. R. App. P. 68.2(a). This motion for extension is timely if filed on or before February 5, 2015. Tex. R. App. P. 68.2(c). The State requests an extension of thirty days in which to file its petition for discretionary review, until February 20, 2015.

WHEREFORE, premises considered, the State respectfully requests that the court grant an extension of time of thirty days for the State to file its brief petition for discretionary review, until February 20, 2015.

Respectfully submitted,

Greg Willis
Criminal District Attorney

/s/ John R. Rolater, Jr.
John R. Rolater, Jr.
Assistant District Attorney
State Bar No. 00791565
2100 Bloomdale Rd., Ste. 200
McKinney, Texas 75071
(972) 548-4323
(214) 491-4860

**CERTIFICATE OF SERVICE**

A true copy of this Motion has been electronically served on counsel for appellant, Stephanie Hudson, at smhudson@gmail.com, on this the 23rd day of January, 2015.

/s/ John R. Rolater, Jr.
John R. Rolater, Jr.